ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
National Native American Construction, Inc.          )     ASBCA No. 63562
                                                     )
Under Contract No. W91151-20-C-0037                  )

APPEARANCES FOR THE APPELLANT:          Paul H. Sanderford, Esq.
                                        Shaina M.H. Swanson, Esq.
                                          Sanderford & Carroll, PC
                                          Belton, TX

APPEARANCES FOR THE GOVERNMENT:         Andrew J. Smith, Esq.
                                          Army Acting Chief Trial Attorney
                                        MAJ Nhu T. Tran, JA
                                        CPT Dmitrius Ramon McGruder, JA
                                        James D. Stephens, Esq.
                                        Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: November 15, 2023

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63562, Appeal of National Native American Construction, Inc., rendered in conformance with the Board's Charter.

Dated: November 15, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals